# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 779 MAL 2014
:
        Respondent : Cross Petition for Allowance of Appeal
: from the Order of the Superior Court
:
        v. :
:
:
:
CLAUDE DESCARDES, :
:
        Cross-Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of April, 2015, the Cross Petition for Allowance of Appeal is **DENIED**.